# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN CARTER and DANIEL GERSTEL,
individually and on behalf of all other persons
similarly situated and on behalf of the general
public,

                    Plaintiffs,

vs.

WYNN LAS VEGAS, LLC,

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  2:10-cv-01868-KJD-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed October 25, 2010.  Defendant filed a Motion for Summary Judgment (#17) on December 22, 2010.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **February 24, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 14th day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge