# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEVIN CARTER and DANIEL GERSTEL, individually and on behalf of all other persons similarly situated and on behalf of the general public,

        Plaintiffs,

vs.

WYNN LAS VEGAS, LLC,

        Defendant.

Case No. 2:10-cv-01868-KJD-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Court conducted a discovery status hearing on April 1, 2011. The Court advised the parties to submit a revised discovery plan/scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 29, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 19th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge